RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 11/9/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| HERBERT J. SCULLY, JR. <br> LA. DOC #331077 <br> VS. | CIVIL ACTION NO. 09-0893 <br><br> SECTION P <br><br> JUDGE ROBERT G. JAMES |
| KEVIN WYLES, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915A.

MONROE, LOUISIANA, on this __6__ day of __November__, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE